IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fleming, Southworth

Printed: 9/23/08

Case Number: 04 B 37875
Judge: Goldgar, A. Benjamin
Filed: 10/12/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 12, 2008
Confirmed: December 29, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 26,750.99 |  |
| Secured: |  | 17,657.67 |
| Unsecured: |  | 7,709.23 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,384.09 |
| Other Funds: |  | 0.00 |
| Totals: | 26,750.99 | 26,750.99 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Americredit Financial Ser Inc | Secured | 17,657.67 | 17,657.67 |
| 2. | Aspire Visa | Unsecured | 2,363.76 | 931.59 |
| 3. | General Motors Acceptance Corp | Unsecured | 17,196.68 | 6,777.64 |
| 4. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
| 5. | Armor System Corporation | Unsecured |  | No Claim Filed |
| 6. | AT&T Broadband | Unsecured |  | No Claim Filed |
| 7. | MCI | Unsecured |  | No Claim Filed |
| 8. | University Of Illinois Hospital | Unsecured |  | No Claim Filed |
| 9. | CB&T | Unsecured |  | No Claim Filed |
| 10. | Friedman & Wexler LLC | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 37,218.11 | $ 25,366.90 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 184.57 |
| 4% | 69.30 |
| 3% | 61.42 |
| 5.5% | 337.84 |
| 5% | 85.14 |
| 4.8% | 196.56 |
| 5.4% | 449.26 |
|  | _____ |
|  | $ 1,384.09 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Fleming, Southworth | Case Number:  04 B 37875 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  9/23/08 | Filed:  10/12/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                    Marilyn O. Marshall, Trustee, by:

